# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

MATTHEW L. MANGRAM, )
　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　)
　　v. )　　CIVIL ACTION NO.: CV209-207
　　　　　　　　　　　　　)
THOMAS LEE, JR., )
　　　　　　　　　　　　　)
　　　　　　Defendant. )

## MAGISTRATE JUDGE'S ORDER
## and REPORT AND RECOMMENDATION

Plaintiff, who is incarcerated at the Glynn County Detention Center in Brunswick, Georgia, has filed an action on forms for filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. He seeks to proceed *in forma pauperis*. Upon review, it appears that Plaintiff's claims are more properly considered to allege a civil rights violation. The Clerk is directed to change the classification of this case to a claim filed pursuant to 42 U.S.C. § 1983.

Plaintiff alleges that Thomas Lee, Jr. assaulted him in 1992, and sometime later Lee pulled a gun and the two fought. Plaintiff states that an ambulance came to the scene and took Lee and his gun away. Plaintiff further states that Lee came to "Casulite" with a knife. He asserts that Lee became violent and starting cursing and throwing tools at Plaintiff. Plaintiff does not state what, if any, relief he seeks.

AO 72A
(Rev. 8/82)

A plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983 if his complaint alleges facts showing that his rights as secured by the Constitution and the laws of the United States were violated, and that the violation was committed by a person acting under color of state law. Touchston v. McDermott, 234 F.3d 1133, 1137 (11th Cir. 2000). 42 U.S.C. § 1983 provides a remedy for violations of a person's constitutional rights by a defendant who acts under color of state law, *i.e.*, a "state actor." A successful section 1983 action requires a showing that the conduct complained of was committed by a person acting under color of state law. Harvey v. Harvey, 949 F.2d 1127, 1130 (11th Cir. 1992). Plaintiff has failed to show that Defendant was a state actor at the time of the alleged incident.

Plaintiff has made no showing of an alleged violation of his constitutional rights. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED**. Furthermore, it is my **RECOMMENDATION** that Plaintiff's Complaint be **DISMISSED** for failure to state a claim for relief under 42 U.S.C. § 1983.

So **ORDERED** and **REPORTED** and **RECOMMENDED**, this 21st day of January, 2010.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2